IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| XAVIER HOWARD, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-352 (MTT) |
| | * |
| DR. CESAR SISKA, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 27, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 27th day of March, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk